PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 09-47436 RLE** |
| **LAURA ANTONIA BROWNING-CAMPBELL,** | **Chapter 13** |
| **Debtor.** | **MOTION TO MODIFY CHAPTER 13 PLAN** |
| _____/ | |

The above-named debtor applies to the court for an order to modify her Chapter 13 Plan as follows:

Commencing June 2013, debtor will pay $2415.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds: Debtor was in a car accident and incurred costs which prevented her from making her Chapter 13 plan payment. Debtor is now able to resume making her monthly plan payments.

Dated: June 5, 2013

                                              /s/ Anne Y. Shiau
                                              ANNE Y. SHIAU
                                              Attorney for Debtor