```
 1  PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 09-47436 RLE** |
| **LAURA ANTONIA BROWNING-CAMPBELL,** | **Chapter 13** |
| Debtor. | **STIPULATION RE ATTORNEY'S FEES & PERSONAL INJURY SETTLEMENT PROCEEDS** |
| _____/ | |

IT IS HEREBY STIPULATED by and between Martha G. Bronitsky ("Trustee"), the Law Offices of Patrick L. Forte ("attorney for Debtor"), Laura Browning-Campbell ("Debtor"), and Foy & Associates, that Trustee has no opposition to the employment by debtor of Foy & Associates, or to the attorney's fees charged by Foy & Associates.

/

/

/

/

IT IS FURTHER STIPULATED that trustee has no interest in debtor's personal injury settlement which was negotiated by Foy & Associates.

Dated: January 23, 2014 /s/ Martha G. Bronitsky
MARTHA G. BRONITSKY
Chapter 13 Trustee

Dated: January 23, 2014 /s/ Patrick L. Forte
PATRICK L. FORTE
Attorney for Debtor

Dated: January 30, 2014 Foy & Associates

/s/ Teresa Ross
BY TERESA ROSS For Foy & Associates

Dated: January 31, 2014 /s/ Laura Browning-Campbell
Laura Browning-Campbell
Debtor